No. 92–862. SMITH *v.* DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT. Ct. App. D. C. Certiorari denied.

No. 92–863. FRITO-LAY, INC., ET AL. *v.* WAITS. C. A. 9th Cir. Certiorari denied.

No. 92–865. O'BRIEN *v.* BANK ONE, COLUMBUS, N. A. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 92–866. O'BRIEN *v.* BANK ONE, COLUMBUS, N. A. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 92–873. ALLSTATE INSURANCE CO. *v.* MALESKI, ACTING INSURANCE COMMISSIONER OF PENNSYLVANIA, ET AL.; and

No. 92–937. RHINE REINSURANCE CO., LTD., ET AL. *v.* MUTUAL FIRE, MARINE & INLAND INSURANCE CO. ET AL. Sup. Ct. Pa. Certiorari denied. Reported below: 531 Pa. 598, 614 A. 2d 1086.

No. 92–874. SIEMER ET AL. *v.* LEARJET ACQUISITION CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–875. HONEYCUTT ET AL. *v.* NORBECK, TRUSTEE OF JANE NORBECK TRUST, ET AL. Sup. Ct. Mont. Certiorari denied.

No. 92–876. MACIARIELLO ET AL. *v.* CITY OF LANCASTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–878. AMERINET, INC., ET AL. *v.* XEROX CORP. C. A. 8th Cir. Certiorari denied.

No. 92–880. MIDBOE, SECRETARY, LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY *v.* CHEMICAL WASTE MANAGEMENT, INC. C. A. 5th Cir. Certiorari denied.

No. 92–881. MAXA, PERSONAL REPRESENTATIVE OF THE ESTATE OF MAXA *v.* JOHN ALDEN LIFE INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 92–882. E. L. U. L. REALTY CORP. *v.* GREYHOUND EXHIBITGROUP, INC. C. A. 2d Cir. Certiorari denied.